AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED

2019 APR -8  PM 2: 34

for the

District of Maryland

BY_____DEPUTY

| United States of America | )  |
|---|---|
| v. | ) Case No. GLR-19-0137 |
| RYAN JOHNSON | ) |
| | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Ryan Johnson                                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846: Conspiracy to Distribute Controlled Substances
21 USC 841(a)(1): Possession with Intent to Disbribute a Controlled Substance

Date: 3/20/19

City and state:    Baltimore, Maryland

_Issuing officer's signature_

Culsey USMJ

_Printed name and title_

---

### Return

This warrant was received on _(date)_ 3/20/19                , and the person was arrested on _(date)_ 04/8/19

at _(city and state)_ Baltimore, MD                   .

Date: 04/8/19

_Arresting officer's signature_

Jn uuKh, FBI TFO

_Printed name and title_